**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**ERCIL K. GATES**                                                                    **PLAINTIFF**

**V.**                              **CASE NO. 4:08CV04192 JMM/BD**

**DOC HOLLIDAY,** *et al.*                                                      **DEFENDANTS**

**ORDER**

The Court has received the Recommended Dispositions (docket entries #8 and #14) from Magistrate Judge Beth Deere.  After careful review of the Recommended Dispositions, the timely objection (#11) received to the Recommended Disposition (#8), as well as a *de novo* review of the record, the Court concludes that the Recommended Dispositions should be, and hereby are, approved and adopted as this Court's findings in all respects in their entireties.

Accordingly, Plaintiff's Motion to Amend his Complaint ( #10) is DENIED and Plaintiff's claims are  DISMISSED without prejudice.  Plaintiff's Applications to Proceed *in forma pauperis* (#1 and #7) are DENIED as moot.

IT IS SO ORDERED this  16  day of <u>March</u>, 2009.


_____
UNITED STATES DISTRICT JUDGE